IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CARLOS MORGADO,**

      **Petitioner,**

v.                                            **Case No.  4:16cv11-MW/CAS**

**STATE OF FLORIDA,**

      **Respondent.**

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Petitioner's objections to the report and recommendation, ECF No. 7. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion.  The Clerk shall enter judgment stating, "The case file and any service copies are **TRANSFERRED** to the United States District Court for the Middle District of Florida, Tampa

1

Division, for all further proceedings."   The Clerk shall close the file.

**SO ORDERED on February 1, 2016.**

<u>s/Mark E. Walker</u><br>
**United States District Judge**